**No. 48286.**—Protests 993460–G, etc., of Henry Pollak, Inc. (New York.)

Opinion by TILSON, J.    In accordance with stipulation of counsel the protests were sustained as to (1) hats the same as those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218); (2) hats the same as those involved in Abstract 46498; and (3) items consisting of hats or hoods the same as those involved in Abstract 47291.

**No. 48287.**—Protests 530932–G, etc., of Olivier Straw Goods Corp. (New York.)

Opinion by TILSON, J.    The testimony of the plaintiff's witness showed that certain items are the same in all material respects as the hats involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664).    In accordance therewith certain of the hats imported or withdrawn for consumption prior to the date of the Netherlands Trade Agreement (T. D. 48075) were held dutiable at 25 percent under paragraph 1504 (b) (5), and those imported or withdrawn for consumption subsequent to the date of said trade agreement were held dutiable at 12½ percent under paragraph 1504 (b) (5) as claimed.

**No. 48288.**—Protests 695748–G, etc., of Henry Pollak, Inc. (New York).

Opinion by TILSON, J.    It was stipulated that certain of the items in question are similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664).    Those imported or withdrawn for consumption prior to the date of said trade agreement were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (5), and those imported or withdrawn subsequent to said date were held dutiable at 12½ percent under paragraph 1504 (b) (5) as claimed.